IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 2 7 2004
at 3 o'clock and 30 min. ᐯM
WALTER A.Y.H. CHINN, CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CV 03-00641 DAE-KSC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | |
| | ) | Case No. 00-CR-350(DAE) |
| SUKAMTO SIA aka | ) | |
| SUKARMAN SUKAMTO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| In re: | ) | Case No. 98-04912 |
| | ) | Bankruptcy Chapter 7 |
| SUKAMTO SIA aka | ) | |
| SUKARMAN SUKAMTO | ) | |
| | ) | JUDGE: Hon. David A. Ezra |
| Debtor. | ) | |
| | ) | |

ORDER DISCHARGING NUNC PRO TUNC AMENDED ORDER ADOPTING REPORT
AND RECOMMENDATION TO THE UNITED STATES DISTRICT COURT FILED
NOVEMBER 24, 2003 AND FOR CIVIL CONTEMPT SANCTIONS

The Amended Order Adopting Report and Recommendation to the United States District Court Filed November 24, 2003 and For Civil Contempt Sanctions filed on March 2, 2004 is hereby discharged Nunc Pro Tunc to March 2, 2004. This order shall be effective Nunc Pro Tunc to March 2, 2004.

Defendant, Sukamto Sia, shall receive full credit for time served during the previously suspended period of incarceration and no additional period of incarceration shall be imposed on the Defendant as a result of the suspension of his jail sentence in 00-CR-350(DAE).

No additional jail time shall be added to the Defendant Sukamto Sia's criminal sentence in 00-CR-350(DAE) and the original release date set for Sukamto Sia by the Bureau of Prisons prior to the issuance of the Amended Order Adopting Report and Recommendation to The United States District Court Filed November 24, 2003 and For Civil Contempt Sanctions shall not be affected or changed.

    DATED:   Honolulu, Hawaii       AUG 27 2004         .

DAVID ALAN EZRA
_____
UNITED STATES DISTRICT COURT JUDGE

APPROVED AS TO FORM:

_____
NOAH D. FIDDLER, ESQ.
Attorney for Sukamto Sia

_____
SCOTT I. BATTERMAN, ESQ.
Attorneys for London Clubs International,
PLC AND Aspinall'S Club Limited

_____
STEPHEN A. JONES
Attorney for Guido Giacometti, Trustee

United States of America v. Sukamto Sia, CV 03-00641 DAE-KSC; 00-CR-350(DAE), in re Sukamto Sia, BR No. 98-04912; *Order discharging Nunc Pro Tunc Amended Order Adopting Report and Recommendation to The United States District Court Filed November 24, 2003 and For Civil Contempt Sanctions*

2